# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania



FILED

JUN - 9 2017

TERESA L. DEPPERMEIT, CLERK
U.S. District Court
Southern District

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Steven Michael Pursell | ) | Case No. |
| | ) | (UNDER SEAL) |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Steven Michael Pursell                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

   Travel to Engage in Illicit Sexual Misconduct, in violation of Title 18, United States Code, Sections 2423(b) and (e).


Date:   06/06/2017

                                                                       _____
                                                                                     *Issuing officer's signature*

City and state:    Pittsburgh, Pennsylvania                    Maureen P. Kelly, Chief U.S. Magistrate Judge
                                                                                      *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 6-6-17 , and the person was arrested on *(date)* 6-9-17 at *(city and state)* Huntington, WV . |
| Date: 6-9-17         _____ *Arresting officer's signature* |
| FBI Gregg Frankhouser _____ *Printed name and title* |