IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY



UNITED STATES OF AMERICA

v.  CASE NO. 5:17-mj-00025

STEVEN MICHAEL PURSELL

MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

   **X**  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

   ____  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

   ____  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

   ____  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

   **X**  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

   ____  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

   ____  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]



2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    ____ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    ____ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    _X_ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    _X_ After continuance of _1_ day (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6.  <u>Other Matters</u>.

_____

_____

DATED: June 9, 2017

                              Respectfully submitted,

                              CAROL A. CASTO
                              United States Attorney


                         By:  <u>/s/ Jennifer Rada Herrald</u>
                              Jennifer Rada Herrald
                              Assistant United States Attorney
                              WV Bar No. 12181
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV 25301
                              Telephone:  304-345-2200
                              Fax: 304-347-5104
                              Email:  Jennifer.herrald@usdoj.gov