IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 17-170 |
| STEVEN MICHAEL PURSELL | |

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Heidi M. Grogan, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A federal grand jury returned a two-count indictment against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Inducing a Minor To Engage In Illegal Sexual Activity | 18 U.S.C. § 2422(b) |
| | From on or about March 20, 2017, until on or about March 21, 2017 | |
| 2 | Travel With Intent To Engage In Illicit Sexual Conduct | 18 U.S.C. §§ 2423(b) and (e) |
| | From on or about March 20, 2017, until on or about March 21, 2017 | |



FILED

JUN 27 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## II. ELEMENTS OF THE OFFENSES

A.   **As to Count 1:**

In order for the crime of Inducing a Minor To Engage In Illegal Sexual Activity, in violation of 18 U.S.C. § 2422(b), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That the defendant used the mail or any facility or means of interstate or foreign commerce;

2. To knowingly persuade, induce, entice or coerce any individual who had not attained the age of 18 years;

3. To engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

Title 18, United States Code, § 2422(b).


B.   **As to Count 2:**

In order for the crime of Travel With Intent To Engage In Illicit Sexual Conduct, in violation of 18 U.S.C. §§ 2423(b) and (e), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That the defendant traveled in interstate commerce, or attempted to do so;

2. That the defendant traveled for the purpose of engaging in illicit sexual conduct;

3. That the illicit sexual conduct would be in violation of chapter 109A if the sexual act occurred in the special maritime or territorial jurisdiction of the United States or any commercial sex act as defined in section 1591 with a person under 18 years of age.

Title 18, United States Code § 2423(b); United States v. Hayward, 359 F.3d 631 (3d Cir. 2004); United States v. Vang, 128 F.3d 1065 (7th Cir. 1997).

Title 18, United States Code, Sections 2423(b) and (e).

### III. PENALTIES

A.  **As to Count 1: Inducing a Minor To Engage In Illegal Sexual Activity (18 U.S.C. § 2422(b)):**

1. Imprisonment of not less than ten (10) years and not more than life (18 U.S.C. § 2422(b)), effective July 27, 2006;

2. A fine of not more than $250,000.00 (18 U.S.C. §3571(b)(3));

3. Supervised release for any term of years not less than 5 years to, or life (18 U.S.C. § 3583(k));

and

4. Any or all of the above.

B.  **As to Count 2: Travel With Intent To Engage In Illicit Sexual Conduct (18 U.S.C. §§ 2423(b) and (e)):**

1. Imprisonment of not more than thirty (30) years, 18 U.S.C. § 2423(b);

2. A fine of not more than $250,000.00, 18 U.S.C. § 3571(b)(3);

3. Supervised release for any term of years not less than 5 years to, or life (18 U.S.C. § 3583(k));

and

4. Any or all of the above.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $5,000.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3014.

## V. RESTITUTION

Restitution may be applicable in this case.

## VI. FORFEITURE

May be applicable in this case.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

HEIDI M. GROGAN
Assistant U.S. Attorney
PA ID No. 203184